UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATIANA SARKISOVA FIRMENICH,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

    Defendants.

No. 23 Civ. 2053 (ER)

**STIPULATION AND** ~~[PROPOSED]~~ **ORDER OF DISMISSAL**

WHEREAS, plaintiff Tatiana Sarkisova Firmenich filed this action on March 10, 2023, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-824, Application for Action on an Approved Application or Petition; and

WHEREAS, USCIS has adjudicated the plaintiff's application; now, therefore,

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: West Palm Beach, Florida
May 30, 2024

DEVORE LAW GROUP, PA

By: s/ Jeffrey A. Devore
JEFFREY A. DEVORE, ESQ.
4100 RCA Boulevard,
Suite 110
Palm Beach Gardens, Florida 33410
Telephone: (561) 478-5353
E-mail: jdevore@devorelawgroup.com
*Attorney for Plaintiff*

Dated: Miami, Florida
May 30, 2024

DAMIAN WILLIAMS
United States Attorney

By: s/ Monica Beamer
MONICA BEAMER
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: Monica.Beamer@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 05/31/2024
New York, New York